**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AK MEETING IP, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00073-JRG-RSP |
| JUNIPER NETWORKS, INC., | § § | |
| *Defendant*. | § § § | |

### ORDER

Before the Court is Plaintiff AK Meeting IP, LLC's Stipulation of Voluntary Dismissal. (Dkt. No. 8.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 21st day of April, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE